Circuit Court for Dorchester County
Case No. 09-K-15-015495

IN THE COURT OF APPEALS OF MARYLAND


No. 48


September Term, 2016


ANTWANN GIBSON


v.


STATE OF MARYLAND


Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.


PER CURIAM ORDER


Filed: September 28, 2016

ANTWANN GIBSON          *     IN THE

                           *     COURT OF APPEALS

       v.                 *     OF MARYLAND

                           *     No. 48

STATE OF MARYLAND       *     September Term, 2016

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 28th day of September, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of <u>Sellman v. State</u>, ____ Md.____, ____ A.3d ____(No. 84, September Term, 2015, filed August 24, 2016). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.

/s/ Mary Ellen Barbera
        Chief Judge